# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0047. DOYLE v. HAAS.**

The Applicant has timely moved for an extension of time to file her application for discretionary appeal. The motion is hereby GRANTED. See Court of Appeals Rule 16 (a). The applicant shall file her application by March 15, 2024.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/05/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*